IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. |
| RUSSELL WAYNE DRIVER (01) | 4-21CR-200-O |

## INFORMATION

The United States Attorney Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown and continuing until on or about June 30, 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant, **Russell Wayne Driver**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

Respectfully Submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

/s/ Laura G. Montes

LAURA G. MONTES
Assistant United States Attorney
Massachusetts Bar #687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Fax: 817-252-5455